UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

        Plaintiff,

    v.

RIGHT BRAIN ENTERTAINMENT, LLC.,

        Defendant.

No. C24-1750RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on October 25, 2024. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than May 1, 2025. The Clerk of Court shall note this Show Cause on the Court's calendar for May 2, 2025.

        DATED this 10th day of April, 2025.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE